```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 03698
    SCOTT SMITH
    KIMBERLY SMITH                              CHAPTER 13

                                                JUDGE: JACQUELINE P COX

           Debtor
    SSN XXX-XX-5264    SSN XXX-XX-9929

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 03/02/2007 and was confirmed 05/14/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 02/25/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                PAID           PAID
-------------------------------------------------------------------------------
LITTON LOAN SERVICING      CURRENT MORTG         .00            .00             .00
LITTON LOAN SERVICING      CURRENT MORTG         .00            .00             .00
TOYOTA MOTOR CREDIT CORP   SECURED VEHIC         .00            .00             .00
LITTON LOAN SERVICING      MORTGAGE ARRE         .00            .00             .00
LITTON LOAN SERVICING      MORTGAGE ARRE         .00            .00             .00
US DEPT OF EDUCATION       SECURED               .00            .00             .00
AMCA                       UNSECURED       NOT FILED            .00             .00
CAPITAL ONE                UNSECURED         1223.37            .00             .00
CAPITAL ONE                UNSECURED          502.45            .00             .00
CAPITAL ONE                UNSECURED          390.95            .00             .00
CONSULTANTS IN CLINICAL    UNSECURED       NOT FILED            .00             .00
CONSULTANTS IN LAB MED A   UNSECURED          202.00            .00             .00
EVERGREEN EMERGENCY SERV   UNSECURED          417.00            .00             .00
EVERGREEN ANESTHESIA & P   UNSECURED       NOT FILED            .00             .00
EVERGREEN EMERGENCY SERV   UNSECURED       NOT FILED            .00             .00
PREMIER BANCARD CHARTER    UNSECURED          358.88            .00             .00
SPRINT-NEXTEL CORP         UNSECURED          360.00            .00             .00
ECAST SETTLEMENT CORP      UNSECURED         1149.48            .00             .00
ADVOCATE CHRIST HOSPITAL   UNSECURED       NOT FILED            .00             .00
LITTLE CO AFFLIATED PHYS   UNSECURED       NOT FILED            .00             .00
LITTLE CO MARY HOSPITAL    UNSECURED       NOT FILED            .00             .00
RENAISSANCE MEDICAL GROU   UNSECURED       NOT FILED            .00             .00
SPRINT                     UNSECURED       NOT FILED            .00             .00
RADIOLOGY IMAGING SPECIA   UNSECURED       NOT FILED            .00             .00
COLUMBUS BANK & TRUST      UNSECURED       NOT FILED            .00             .00
DIRECT LOAN SERVICING SY   NOTICE ONLY    NOT FILED            .00             .00
WASHINGTON MUTUAL          UNSECURED       NOT FILED            .00             .00
MCCALLA RAYMER             NOTICE ONLY    NOT FILED            .00             .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      2,254.00                          783.06
TOM VAUGHN                 TRUSTEE                                             54.44
DEBTOR REFUND              REFUND                                               .00


                     PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 03698 SCOTT SMITH & KIMBERLY SMITH
```

```
     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                           RECEIPTS             DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                      837.50

PRIORITY                                                  .00
SECURED                                                   .00
UNSECURED                                                 .00
ADMINISTRATIVE                                         783.06
TRUSTEE COMPENSATION                                    54.44
DEBTOR REFUND                                             .00
                        ---------------        ---------------
TOTALS                       837.50                    837.50
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 05/23/08           _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE